**17CV2629**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

*OLD COMPLAINT Prior to Amendation*
*Previously (16cv8144) eclosed case*

Wanyoung Kim

_____
Write the full name of each plaintiff.

_____CV_____
(Include case number if one has been assigned)

-against-

New School for Social Research (University)

_____

**COMPLAINT**

Do you want a jury trial?
☒ Yes  ☐ No

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

2017 APR 11 AM 10: 20
RECEIVED SDNY DOCKET UNIT

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 1/9/17

## I. BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☐ Federal Question

☒ Diversity of Citizenship

### A. If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

_____
_____
_____
_____

### B. If you checked Diversity of Citizenship

#### 1. Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, __Wanyoung Kim__ , is a citizen of the State of
(Plaintiff's name)

__Indiana__
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____ .

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

Page 2

If the defendant is an individual:

The defendant, _____, is a citizen of the State of
        (Defendant's name)

_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If the defendant is a corporation:

The defendant, **New School for Social Research**, is incorporated under the laws of the State of **Indiana**

and has its principal place of business in the State of **New York**

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____.

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

**Wanyoung** | **E** | **Kim**
First Name | Middle Initial | Last Name

**920 N. 7th St. (Priorly 2858 Grackle Ln, W. Lafayette, IN 47906)**
Street Address

**Tippecanoe, Lafayette** | **IN** | **47904**
County, City | State | Zip Code

**765.532.7710** | **wkim027**
Telephone Number | Email Address (if available)

Page 3

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:
First Name: Jennifer
Last Name: Francone
Current Job Title (or other identifying information): Title IX Coordinator / Vice President of Equity
Current Work Address (or other address where defendant may be served): 6 E. 16th St.
County, City: King's County
State: NY
Zip Code:

Defendant 2:
First Name: Gene
Last Name: Puno de Leon
Current Job Title (or other identifying information): Student Rights and Responsibilities
Current Work Address (or other address where defendant may be served):
County, City: King's County
State: NY
Zip Code:

Defendant 3:
First Name: Henry
Last Name: Watkin
Current Job Title (or other identifying information): Officer of Admission
Current Work Address (or other address where defendant may be served): 6 E. 16th St.
County, City:
State: NY
Zip Code:

Defendant 4:
_____
First Name            Last Name

_____
Current Job Title (or other identifying information)

_____
Current Work Address (or other address where defendant may be served)

_____
County, City        State        Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: New School for Social Research

Date(s) of occurrence: 04/08/16 →  Current ~~[scribbled]~~

## FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

At the New School I was also a victim of slander and defamation by Carolyn Wells ~~[scribbled]~~ and Gene Francone.

I paid the New School excess money. I am a 23 (twenty & three)-year-old woman, born 1993 (June 03). I assert that as a University and Dean's Scholar in the '15-16 schoolyear I was intending to continue at the school all 5 years for a PhD degree, not just a Masters. I paid them $42,500 for a 2-year Masters. I achieved a 3.77 and 4 high passes on spoken and written exams, in addition to writing a Masters thesis that was published worldwide. As I was enrolled in 5 classes the Spring '16 semester, the school randomly shut down my email for responding to larceny on the part of the nephew of the county clerk of Wallingford, Vermont who was part-Sicilian like Jennifer Francone. I was also placed on academic probation while achieving A's in my classes which ultimately lowered my G.P.A. to 3.3 (I was falsely accused of offensively harassing a person I did not know.) I was crying suicidally in the library of New School and applied to the Friedrich Nietzsche Society instead of jumping out the library window. My grandfather died as I was the victim of a fictitious and perjured order granted at Newton, in Massachusetts, where I was never present. I come from a professor and doctor's family. My grandfather was a C.E.O. I am the eldest grandchild.

Page 5

I happen to be the only non-biologist in my family.

According to Gene Pino de Leon, Judge Acker let 2 non-students (Wells and Cook — the latter my ex-boyfriend) "harass me." I must now pay the European Graduate School $30,000 in federal loans for a PhD. I could not get into PhD programs in my field of choice here as a U.S. citizen, as a result of the Jennifer Rincon and Carolyn Wells, a lesbian's spiteful antics toward me.

I am $69,750 total in debt as a result of the New School not servicing my scholarship raise. I could be continuing there being paid $15,000 for a stipend but I must pay to do a PhD as a profoundly gifted person.

**INJURIES:** I was traumatized by my occurrence of false accusation regarding "harassment" Carolyn Wells

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

I paid Jared Russell $850-900 in therapy for chronic anxiety. I might be agoraphobic. I am a translator of Korean & I work a freelance writing job. According to my professor and Head of Iptar, Alan Bass, PhD in Clinical Psychology, I might be mildly schizophrenic or have very slight PTSD.

## IV. RELIEF

State briefly what money damages or other relief you want the court to order.

$2 million — $5 million for damages or wipe off my loans federally because my condition debilitates me.

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| Dated: 4/6/17 | Plaintiff's Signature: Wang |
| First Name: Wanyoung | Middle Initial: E.J. | Last Name: Kim |
| Street Address: 2858 Grackle Ln |
| County, City: Tippecanoe | State: IN | Zip Code: 47906 |
| Telephone Number: 765.532.7710 | Email Address: wkim027@gmail.com |

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☒ Yes  ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

Page 7

The European Graduate School / EGS is a private, non-profit graduate sch[o]
funded. Committed to offering its students rewarding experiences of the h[i]
standard affordably, The EGS strives to maintain low operating costs, as refl
tuition fees.

Degree Cost (current average in USD)

| | |
|---|---|
| MA (three years) | USD 23 80[0] |
| PhD (four years) | USD 27 100.0 |

Tuition Fees / 2016-2017

Tuition fees are calculated in USD and based on the number of required seminar and workshop credits (seminars are typically three credits; workshops are typically one credit). Required workshops (Venice, Research Methods, etc.) are inclusive in the tuition total; additional elective credits must be additionally calculated (see schedule of fees).

| | |
|---|---|
| 1st Year MA/PhD | USD 10 600.00 |
| 2nd Year MA/PhD | USD 10 500.00 |
| 3rd Year MA (Thesis Supervision fee) | USD 2700.00 |
| 3rd Year PhD (Dissertation Supervision fee) | USD 3000.00 |
| 4th Year PhD (Dissertation Supervision fee) | USD 3000.00 |
| 5th Year PhD (Dissertation Supervision fee - optional) | USD 3000.00 |

Schedule of Tuition Fees / 2016-2017

| | |
|---|---|
| Administration fee (one time fee) | USD 100.00 |
| Optional Writing Workshops | USD 600.00 |
| Individual Seminar for non-matriculated students (3 Credits) | USD 1800.00 |

*Tuition rates are based on the current curriculum and are subject to change. Tuition fees do not include health insurance, living expenses, travel expenses, and residency accommodation. For further questions, contact the admissions office (admissions@egs.edu).

Accommodation Fees 2016-2017

Current average cost in Valletta for a private room (not including meals):
Spring Session / Valletta, Malta EUR 50-75.00 / day (approximately)

For more information and to make reservations see Valletta Campus Accommodation? (/malta#accommodation)

Current average cost for a private room in a shared apartment, including three meals per day, with our accommodations partner, Hotel Allalin, in Saas-Fee, Switzerland:
June Session / Saas-Fee, Switzerland CHF 3'072.00 (CHF 128.00 / fixed day rate)
August Session / Saas-Fee, Switzerland CHF 3'072.00 (CHF 128.00 / fixed day rate)
*Shared double rooms are also available starting at CHF 103.00 / fixed day rate.*

For more information and to make reservations see Saas-Fee Campus Accommodation? (/saas-fee#accommodation)

Payment Submissions
Currency: USD

Successful applicants will receive detailed registration and enrollment information in their letter of admission, including payment instructions and deadlines for tuition fees. Keep in mind that foreign money transfers take approximately 8-10 working days. All payment submissions must include the student's name and student ID number. Receipt of payments will be confirmed after the payment has been credited to the EGS bank account. Once the full tuition fee has been credited to the EGS bank account, students will receive an email confirmation of final tuition payment.

Payment Dates & Deadlines
Spring Session / Valletta, Malta / 1 - 12 April, 2017

| | | |
|---|---|---|
| 1st Year MA/PhD Students | within 14 days upon receipt of admission | 50% Tuition Deposit |
| Matriculated Students MA/PhD | 15 February | 50% Tuition Deposit |
| All Students | 15 March | Final Tuition Payment |
| U.S. Financial Aid Students (or other aid-based students) | n/a | Contact The EGS Financial Aid Office financial.aid@egs.edu (mailto:financial.aid@egs.edu) |

 Gmail                                             Wanyoung Kim <wkim027@gmail.com>

## Your Funds Have Disbursed
1 message

**FedLoan Servicing** <reply-89535@email.myfedloan.org>           Wed, Apr 5, 2017 at 9:15 PM
Reply-To: reply-89535@email.myfedloan.org
To: WKIM027@gmail.com

Hello WANYOUNG,

The U.S. Department of Education disbursed your additional student loan funds to EUROPEAN GRADUATE SCHOOL-EGS on 04/01/2017. As of today, your current principal balance for the loans we service is $69,647.59.

For more details about your disbursements, including the amounts, interest rates, and accrual, sign in to Account Access. You'll need to create an online account if you haven't already done so.



**Good to Know:**
Even though you are not in repayment, money sent within 120 days of the disbursement date will reduce your principal balance and the amount of interest that will accrue over time. If you can afford to, now is the time to lower the amount you will have to pay back later - Sign in and make a payment today!

Please do not reply directly to this message. Instead, Contact Us with any questions.



**U.S. Department of Education**
Information about your federal student loan

You may have already requested to unsubscribe from emails not specifically related to your account, but you are receiving this email because it is an important message about your loans and/or grants.

FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184

v1.0



MARCH 10, 2017

P.O. Box 69184 Harrisburg, PA 17106-9184
Toll-free 800-699-2908 • Int'l 717-720-1985
Fax 717-720-1638 • TTY: Dial 711
Monday-Friday 8am to 9pm ET
www.MyFedLoan.org

#BWBBCFT
#B204 8702 8903 11L6#
WANYOUNG E KIM
920 N 7TH ST
LAFAYETTE IN   47904-1814

ACCT NUMBER:   0837791990

## NOTICE OF ELIGIBILITY FOR LOAN DISCHARGE

**WHY WE ARE CONTACTING YOU**
To advise you that we reviewed your application for loan discharge due to an Unpaid Refund and determined that you are ineligible or that additional information/ documentation is needed. See below for the exact reason your request was denied and for action you may need to take.

**MISSING INFORMATION:**
Please provide all of the supporting documentation highlighted in section 3 in order to support your request for an unpaid refund. Please provide proof that you have contacted The New School in regards to the refund.

**WHAT ACTIONS YOU NEED TO TAKE**

| IF YOU ARE... | AND... |
| --- | --- |
| **NOT ELIGIBLE** | ...can provide additional evidence or information to us that you believe will entitle you to have your loan discharged, please resubmit your application with any additional information for reconsideration.<br><br>For your reference, we have included the eligibility criteria for this discharge on the back of this letter. |
| **MISSING INFORMATION** | ...would like to be reconsidered for this loan discharge, please resubmit your request and include any information as detailed above. |

**Note:** We are returning a copy of your application for your records.

PH21906:FS08ODDNUR
0837791990 0837791990 PH19887                    0000000000000000



Diploma: THE NEW SCHOOL FOR SOCIAL RESEARCH — WanYoung Emmanuel Jeremiah Kim, Master of Arts, Philosophy.

Feb 21, 2017 07:44 AM Page 10/11 From: 0000000000 To: 17177201628
2/20/2017
Case 1:17-cv-02629-CM Document 2 Filed 04/11/17 Page 13 of 17
Gmail - Important notification regarding your academic record



Wanyoung Kim <wkim027@gmail.com>

## Important notification regarding your academic record

**Alina Baboolal** <registra@newschool.edu>  
Reply-To: Alina Baboolal <registra@newschool.edu>  
To: Wanyoung Kim <wkim027@gmail.com>

Fri, Sep 2, 2016 at 3:50 PM



# THE NEW SCHOOL
## REGISTRAR'S OFFICE

*Alina Baboolal, Interim Associate Registrar*

Dear Wanyoung,

I hope that you are well following graduation.

I'm writing today to inform you that on Tuesday, August 23, information in your student record was mistakenly shared with a fellow alumnus. The information, which was sent via email, included your name, student ID number, citizenship status, and personal New School email addresses. Your social security number, birth date, and financial information have not been compromised.

We sincerely apologize for this error. We have confirmed the person involved has deleted the email, and we are proactively monitoring this situation to ensure the security of your information. The New School takes your privacy very seriously, and we have taken additional steps to ensure that this does not happen again.

Please do not hesitate to contact me at 212.229.5620 or registra@newschool.edu if you have any questions.

You can unsubscribe to future messages of this nature  
www.newschool.edu

 **Gmail**

Wanyoung Kim <wkim027@gmail.com>

## Diploma Notification - DO NOT REPLY

**info@cecredentialtrust.com** <info@cecredentialtrust.com>
To: kimw346@newschool.edu

Mon, Aug 1, 2016 at 11:12 AM

### THE NEW SCHOOL

Dear New School Graduate,

Congratulations on completing your degree!

This email is a notice that your diploma has been shipped and should arrive at your official mailing address within one week, as long as it is being delivered within the U.S. International students, please allow 4 to 6 weeks for delivery. You can confirm your official mailing address on MyNewSchool.

If you want a custom New School frame for your diploma make sure to check out: http://thenewschool.universityframes.com/eframe/Welcome.asp?reid=563

If you have any questions, please contact the Registrar's Office at (212) 229-5620 or reghelp@newschool.edu.

All the Best,
The Registrar's Office

To unsubscribe, please Click Here.

# THE NEW SCHOOL

Student View    AZ01xXCM as of 11/19/2016 at 06:31

| | | | |
|---|---|---|---|
| Student | Kim, Wanyoung Emmanuel Jeremiah | Level | Graduate |
| ID | N00535346 | Degree | Master of Arts |
| Academic Standing | Good Standing | College | New School for Social Research |
| Advisor | | Major | Philosophy - Graduate |
| Overall GPA | 3.53 | Minor | |

## Degree Progress

| Requirements | 100% |
|---|---|

### Legend

☑ Complete                 ☒ Complete except for classes in-progress          (T) Transfer Class
☐ Not Complete             ☒ Nearly complete - see advisor                    @ Any course number
* Course has a Pre-requisite

Catalog Year: 2015-2016   Credits Required: 30

☑ Degree in Master of Arts                                                    Credits Applied: 30

☑ Minimum GPA of 3.0 met

☑ Departmental Requirements

Catalog Year: 2015-2016   Credits Required: 30

☑ Philosophy - MA                                                              Credits Applied: 30

☑ Philosophy Requirements

| Course | Title | Grade | Credits | Term |
|---|---|---|---|---|
| GPHI 5508 | Benjamin and Bloch | A- | 3 | Fall 2015 |
| GPHI 6072 | The Basic Works of Freud | A- | 3 | Fall 2015 |
| GPHI 6076 | Freudians and Post-Freudians | B+ | 3 | Spring 2016 |
| GPHI 6120 | Contemporary Pragmatism | A- | 3 | Spring 2016 |
| GPHI 6125 | Mysticism | A | 3 | Fall 2015 |
| GPHI 6139 | Heidegger, Nihilism, Metaphysics | A- | 3 | Fall 2015 |
| GPHI 6525 | Philosophy of History | A- | 3 | Spring 2016 |
| GPHI 6645 | Death in Ancient Greek Thought | B+ | 3 | Spring 2016 |

Speak to your student advisor about the specific area requirements. The program requires 3 credits in Ancient Philosophy, and at least 3 credits must be taken in 4 out of the 5 Philsophy areas (Medieval & Renaissance, Early Modern, Kant & German Idealism, 20th Century Continental, Thematic.)

☑ Approved Electives

| Course | Title | Grade | Credits | Term |
|---|---|---|---|---|
| GLIB 5310 | Faith in Modern Literature | B- | 3 | Spring 2016 |
| GPHI 0001 | Major | TR | 3 | Spring 2016 |
| Satisfied by | - PURDUE UNIV WEST LAFAYETTE* | | | |

Exception By:  Yee, Tsuya H    On:  04/27/2016    Apply Here : Apply GPHI 0001 here.

☑ NON-COURSE REQUIREMENTS

GMFL, GMEW, GMTH, GMTH, GMLO are the codes, which correspond to to the non-course requirements

☑ Logic Requirement

☑ Logic Non-Course                    GF MA Logic Requirement: PHI              PA

☑ Foreign Language Requirement        GF MA Foreign Lang Req: PHI               PA

☑ Written Examination or Thesis Requirement

☑ Written Examination                 GF MA Written Exam: PHI                   PA

☑ Oral Examination                    GF MA Oral Exam: PHI                      PA

### Exceptions

| Type | Description | Date | Who | Block | Enforced |
|---|---|---|---|---|---|
| Apply Here | Apply GPHI 0001 here. | 04/27/2016 | Yee, Tsuya H | RA000033 | Yes |

### Notes

Grad Candidate: Ready to grad upon completion of courses in progress.

Entered by: Gustafson, Ryan Anders     Date: 03/08/2016

### Legend

☑ Complete                 ☒ Complete except for classes in-progress          (T) Transfer Class

The book discusses the exact nature of Will to Power in the overcoming tragedy through the soulful forces (Macht) of the psyche. From The [Birth] of Tragedy, to Genealogy of Mor[als] and at last The Will to [Power,] Nietzsche's works address the willful strength of psyche (Spirit) [as] fundamental to, and more central to Life than the sheer reactive forc[es of] nihilism and strength of body alone [Kraft]. Along with the cosmolo[gical] and metaphysical, historiological, ethical, and sociopolitical questions [and] implications of the Eternal Return, the book discusses various ways [the] Nietzschean Will to Power (Wille zur Macht) has been misunderstood [and] misappropriated by fascism. Passive and active nihilisms are tied to va[rious] defense/coping mechanisms, including Sublimation as a valid m[eans of] coping mechanism, or as a way to overcome the hardships of tragic e[xistence.]



Wanyoung Kim

# Nietzsche's CosmoPsychical ∞-A Post Nihilist Ethos of Eternal Return



Wanyoung Kim did her Master of Arts at New S[chool] for Social Research. She did her Bachelor of Ar[ts at] Purdue University. She attends the European Graduate School and New Centre for Research [and] Practice. In her spare time, she translates worl[d] literature in French, Korean, German, and Spa[nish;] makes music; and is an activist and theorist for pacifism and socioeconomic justice.



978-3-659-97117-4



LAP LAMBERT Academic Publishing

# PRIORITY
## ★ MAIL ★

 DATE OF DELIVERY SPECIFIED*

 USPS TRACKING™ INCLUDED*

 INSURANCE INCLUDED*

 PICKUP AVAILABLE

* Domestic only

FROM:

Wanyoung Kim - 920 N. 7th St.
Lafayette, IN 47904

TO:

N.Y. Southern District Court
PRO SE
500 (PEARL) St. NY, NY 10007





2017 APR 11 AM 10:18
RECEIVED
SDNY DOCKET UNIT



VISIT US AT USPS.COM
ORDER FREE SUPPLIES ONLINE

EP14F July 2013
OD: 12.5 x 9.5
PS00001000014